Joshua Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Kevin Lemieux, Esq (SBN: 225886)
kevin@westcoastlitigation.com
**HYDE AND SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

David L. Price, Esq. (SBN 88696)
dprice@emklawyers.com
Benjamin Koegel, Esq. (SBN266308)
bkoegel@emklawyers.com
**ELGUINDY, MEYER & KOEGEL, LLP**
2990 Lava Ridge Court, Suite 205
Roseville, CA 95661
Telephone: (916) 778-3310
Facsimile: (916) 330-4433

[Other Attorneys of Record Listed on Signature Page]

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Patrick Cross, Individually and on behalf of All Others Similarly Situated,**<br><br>                    **Plaintiff,**<br><br>v.<br><br>**Infinity Energy, Inc., and INFY Marketing, LLC,**<br><br>                    **Defendants.** | Case No.: 16-CV-2527-MMA-JLB<br><br>**CLASS ACTION**<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**JUDGE:    Michael M. Anello**<br>**MAGISTRATE JUDGE:**<br>              **Jill Burkhardt** |

Plaintiff PATRICK CROSS (referred to as "Plaintiff"), Defendants INFINITY ENERGY, INC. and INFY MARKETING, LLC (collectively referred to as "Defendants") hereby jointly move to dismiss the above entitled action with prejudice as to the named Plaintiff and without prejudice as to the Putative Class.

This Court can proceed to dismiss this action entirely with prejudice as to the

named Plaintiff and without prejudice as to the Putative Class and this Court retains jurisdiction to enforce the settlement of this action.

Respectfully submitted,

Date: May 10, 2017

| **HYDE & SWIGART** | **Elguindy, Meyer & Koegel** |
|---|---|
| By: _s/Kevin Lemieux_<br>Kevin Lemieux<br>Attorneys for Plaintiff | By: _s/Benjamin Koegel_<br>Benjamin Koegel<br>Attorneys for Defendants |

**Other Attorneys of Record, besides caption page:**

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523